UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATASHA HERNANDEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SPOKANE, and OFFICER DAN LESSER (#452),<br><br>　　　　　　　　Defendants. | No.   2:15-CV-0022-SMJ<br><br>**ORDER DISMISSING CASE** |

On May 21, 2015, the parties filed a stipulated dismissal, ECF No. 10. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

**1.** The parties' Stipulated Motion to Voluntarily Dismiss Complaint, **ECF No. 10**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 5th day of June 2015.

*[signature]*

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2015\Hernandez v. City of Spokane, et al-0022\ord.stip.dismiss.lc2.docx

ORDER **-** 2